UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 11-127 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| John Alemoh Momoh, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Correct Restitution. On January 9, 2012, this Court sentenced Defendant to 24 months' imprisonment and restitution in the amount of $656,876.59. Defendant now seeks to have the Court lower the amount of restitution to $1,029.00, which he claims is the actual loss amount. At the time of sentencing, the Court determined the loss amount based on detailed submissions by both Defendant and the Government. Defendant appealed his sentence including the restitution amount to the Eighth Circuit. The Eighth Circuit upheld Defendant's sentence and restitution award. Defendant has raised no facts or law that undermine the propriety of the Court's restitution award.

Accordingly, **IT IS HEREBY ORDERED that** Defendant's Motion to Correct Restitution (Docket No. 93) is **DENIED**.

Dated: November 13, 2012

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge